Jeff R. Sykes, SBN 171551
MCCONNELL WAGNER SYKES & STACY PLLC
827 East Park Boulevard, Suite 201
Boise, Idaho 83712
Telephone:  208.489.0100
sykes@mwsslawyers.com
Attorneys for Defendant Smart Surgical, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHRISTY PRESS,<br><br>           Plaintiff,<br><br>    v.<br><br>SMART SURGICAL, INC., *et al.*<br><br>           Defendants. | No. 2:18-cv-03031-JAM-DB<br><br>**STIPULATION TO CONTINUE TRIAL AND PRETRIAL CONFERENCE; ORDER** |
|---|---|

     Plaintiff Christy Press and Defendant Smart Surgical, Inc., by and through their respective counsel of record, hereby stipulate to the following:

     On January 24, 2019, this Court issued a Status (Pre-trial Scheduling) Order in which, among other things, it set a trial date in this matter for June 1, 2020 and a Final Pretrial Conference for April 24, 2020.  Thereafter, on March 20, 2020, this Court issued a Minute Order that, to remain in compliance with General Orders 611 and 612, continued the trial to August 3, 2020 and the Final Pretrial Conference to June 26, 2020.

     The August 3, 2020 trial date conflicts with another trial that Defendant's counsel already had scheduled.  As a result, and

based on the parties' and their clients' respective availability, the parties hereby stipulate to continue the trial and Final Pretrial Conference dates as follows:

1. The jury trial in this matter is reset for December 14, 2020 at 9:00 AM in Courtroom 6 before District Judge John A. Mendez.

2. The Final Pretrial Conference is reset for October 23, 2020 at 11:00 AM in Courtroom 6 before District Judge John A. Mendez.

**DATED** this 1st day of May 2020.

McCONNELL WAGNER SYKES & STACEY PLLC

*/s/ Jeff R. Sykes*
By: Jeff R. Sykes
Attorneys for Defendant

**DATED** this 1st day of May 2020.

BOWMAN & ASSOCIATES

*/s/ Robert Bowman*
By: Robert Bowman, Jr.
Attorneys for Plaintiff

**IT IS SO ORDERED.**

**DATED: May 1, 2020**          /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Court Judge